**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-6500**

───────────

ROBERT HOLLAND KOON,

                                       Plaintiff - Appellant,

     versus

CHARLES M. CONDON, Attorney General; TERESA A.
KNOX, Assistant Attorney General; TERESA N.
COSBY, Assistant Attorney General; ROBERT
DELOACH, III, Assistant Attorney General; BEN
APLIN, Assistant Attorney General; BARBARA M.
TIFFIN, Assistant Attorney General; THOMAS
SHEALY, Public Defender; DONNIE WILLINGHAM,
Assistant Solicitor; JUDGE D. BEATTY,

                                   Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  C. Weston Houck, Chief District
Judge.  (CA-99-996-6-12AK)

───────────

Submitted:  July 13, 2000         Decided:  July 24, 2000

───────────

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Robert Holland Koon, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Holland Koon appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Koon v. Condon, No. CA-99-996-6-12AK (D.S.C. Feb. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED